THE STATE, Respondent, v. MOODY, Appellant.

1. Under the revised code of 1855 (R. C. 1855, p. 1189), the trial of misdemeanors may be submitted to the court by the defendant and prosecuting .attorney.

*Appeal from St. Louis Criminal Court.*

*C. G. Mauro*, (circuit attorney,) for the State.

RYLAND, Judge, delivered the opinion of the court.

This was an indictment for exercising unlawfully the trade and business of a public auctioneer. The defendant appeared and by consent of the parties a jury was waived and the facts submitted on " not guilty" to the court, who heard the evidence and found the defendant guilty, and assessed the statutory fine of $500. The defendant moved for a new trial, which being overruled, he appeals to this court. There are no questions of law saved in the record—no instructions given or refused—and indeed nothing in the case except as to the sufficiency of the evidence to support or warrant the judgment or finding of the court. We have examined the evidence and are satisfied that the court found properly.

This case is, so far as relates to the trial by the court without a jury, similar to the case of the State v. Neales, 10 Mo. 500. The case of Neales was tried under the act of 1845, which requires all issues of fact in any criminal case to be tried

by a jury. (R. C. 1845, p. 878.) The present case was tried under the act of 1855, concerning practice and proceedings in criminal cases. (R. C. 1855, p. 1189.) The last act expressly authorizes the defendant and prosecuting attorney, with the assent of the court, to submit the trial of misdemeanors to the court, whose finding, in all such offences, shall have the force and effect of the verdict of a jury.

Under this last act, then, the court had the right to try the issue, and its finding, like a verdict, will not be disturbed even upon contradictory evidence. Let the judgment be affirmed; the other judges concurring.